**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SOLID WASTE SERVICES, INC., etc., | Civil No. 08-327 |
| Plaintiff, | Hon. Faith S. Hochberg, U.S.D.J. |
| v. | **ORDER** |
| MORRIS COUNTY MUNICIPAL UTILITIES AUTHORITY, et al., | November 19, 2008 |
| Defendants. |  |

**HOCHBERG, District Judge:**

This matter comes before the Court upon Magistrate Judge Shwartz's Report and Recommendation recommending that "the United States District Judge grant the defendants' cross-motion for summary judgment and deny plaintiff's motion for summary judgment;" and Plaintiff having filed an objection to the Report and Recommendation, arguing that the Magistrate Judge did not "properly identify, consider and analyze" the "Minimum Qualification of Bidder" requirement; and the Court having reviewed Plaintiff's objection to the Report and Recommendation; and the Court finding that Plaintiff's objection is without merit because Magistrate Judge Shwartz clearly considered and addressed Plaintiff's argument on the "Minimum Qualification of Bidder" requirement at length in her very thorough and comprehensive Report and Recommendation; and this Court having reviewed <u>de</u> <u>novo</u> the Report and Recommendation; and good cause appearing;

It is on this 19th day of November, 2008,

**ORDERED** that the Report and Recommendation of Magistrate Judge Shwartz is **ADOPTED** as the opinion of this Court; and it is further

**ORDERED** that Defendants' cross-motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that Plaintiff's motion for summary judgment is **DENIED**; and it is further

**ORDERED** that this case is **CLOSED**.

                                                            s/ Faith S. Hochberg
                                                            Faith S. Hochberg, U.S.D.J.